JODY A. BOQUIST, ESQ.  IL Bar #06209561
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, IL 60654
Telephone:    312.795.3208
Fax No.:         312.372.7880
[*PRO HAC VICE PETITION TO BE SUBMITTED*]

CRYSTAL J. HERRERA, ESQ., NV Bar #12396
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:         702.862.8811

Attorneys for Defendant,
UNITED AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY FEJERAN,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., a foreign corporation, and DOES I-X individually; ROE CORPORATIONS, I-X, ,<br><br>       Defendant. | Case No. 2:16-cv-00026-MMD-GWF<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANT'S COUNSEL** |

TO THE HONORABLE COURT, PLAINTIFF, AND ALL COUNSEL OF RECORD:

Defendant UNITED AIRLINES, INC., hereby substitutes the law firm of Littler Mendelson, P.C, as its attorney of record in the place and stead of the law firm of Holland & Hart LLP.

Dated this 24th day of February, 2016.

By: _____
Mary O'Neil, Managing Counsel
UNITED AIRLINES, INC.

...

...

1  On behalf of Holland & Hart LLP, I hereby consent to the foregoing substitution of counsel.

2  Dated: February 24th, 2016.

HOLLAND & HART LLP

_____
ANTHONY L. HALL, ESQ.
RICO CORDOVA, ESQ.
5441 Kietzke Lane, Second Floor
Reno, NV 89511
(775) 327-3000

On behalf of Littler Mendelson, P.C., I hereby consent to the foregoing substitution of counsel.

Dated: February 24, 2016.

LITTLER MENDELSON, P.C.

_____
JODY A. BOQUIST, ESQ.
[*Pro Hac Vice Petition To Be Submitted*]
321 North Clark Street, Suite 1000
Chicago, IL 60654
(312) 795-3208

CRYSTAL J. HERRERA, ESQ.
3960 Howard Hughes Pkwy. #300
Las Vegas, NV 89169
(702) 862-8800

**IT IS SO ORDERED:**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**Dated:   February 25, 2016**

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

2.

**PROOF OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169. On February 24, 2016, I served the within document(s):

**NOTICE OF SUBSTITUTION OF DEFENDANT'S COUNSEL**

[X] By CM/ECF Filing – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Mary H. Kinas, Esq.
KINAS LAW OFFICE PLLC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

*Attorneys for Plaintiff*

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 24, 2016, at Las Vegas, Nevada.

_____
Robyn Craig

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3.