**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY FEJERAN, | ) |
| Plaintiff, | ) Case No. 2:16-cv-00026-MMD-GWF |
| vs. | ) **ORDER** |
| UNITED AIRLINES, INC., *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion to Disqualify Judge Hoffman as Early Neutral Evaluation Judge (#22), filed on April 13, 2016.

Plaintiff argues that Judge Hoffman should be disqualified as the Early Neutral Evaluation Judge because he entered a Minute Order (#12) on February 23, 2016 denying as moot Defendant's Motion to Extend Time to File a Response to Plaintiff's Complaint (#11). Plaintiff therefore asserts that Judge Hoffman is no longer a "stranger" to the case as contemplated by Local Rule 16-6. The Court disagrees. Rather, the Court finds that the entering of the Minute Order is not something that would affect Judge Hoffman's impartiality as the Early Neutral Evaluation Judge in this matter. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Disqualify Judge Hoffman as Early Neutral Evaluation Judge (#22) is **denied**.

DATED this 3rd day of May, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge