# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY FEJERAN, | |
| Plaintiff, | Case No. 2:16-cv-00026-MMD-GWF |
| vs. | **ORDER** |
| UNITED AIRLINES, INC., *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Leave to Amend Complaint (ECF No. 31), filed on July 22, 2016. Defendant filed its Opposition (ECF No. 33) on August 8, 2016. Plaintiff filed his Reply (ECF No. 34) on August 18, 2016. The Court conducted a hearing in this matter on August 22, 2016.

Under Fed. R. Civ. P. 15(a)(2), prior to trial, a party "may amend its pleading only with the opposing party's written consent or the court's leave." Courts should freely give leave to amend "when justice so requires". *Id.* As this Court has previously stated "Rule 15's policy of favoring amendments to pleadings should be applied with 'extreme liberality'" where the motion to amend "is not sought in bad faith, does not cause the opposing party undue delay, does not cause the opposing party undue prejudice, and does not constitute an exercise in futility." *Wright v. Incline Village General Imp. Dist.*, 597 F.Supp.2d 1191, 1210 (D.Nev. 2009).

Plaintiff requests leave to amend his Complaint to add Continental Micronesia, Inc. ("CMI") as a Defendant. The Court finds justice requires that Plaintiff be granted leave to amend his Complaint as leave to amend is sought in good faith, does not cause the opposing party undue delay or undue prejudice, and does not constitute an exercise in futility. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Amend (ECF No. 31) is **granted**.

**IT IS FURTHER ORDERED** Plaintiff shall serve his amended complaint upon Defendant CMI within 30 days of the filing of his amended complaint. If necessary and for good cause shown, Plaintiff may request additional time to effectuate service upon Defendant CMI.

DATED this 22nd day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge